Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR06-5640RBL |
| v. | ) | ORDER |
| CHRISTOPHER NELS BULLPLUME, | ) | |
| Defendant. | ) | |

After consideration of plaintiff United States' stipulated motion to dismiss without prejudice the Indictment in this matter.

Leave of court is GRANTED for the filing of the foregoing dismissal.

IT IS SO ORDERED this 22nd day of December, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE
Digitally Signed upon oral authorization (JAB)

Presented by:

s/Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney

Order to Dismiss Indictment/U.S. v. Bullplume - 1
CR06-5640RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800